**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DOMINGO RODRIGUEZ and JENNIFER
RODRIGUEZ,

                              Plaintiffs,                    11 CIV. 11-5534 (LTS) (KNF)

                    v.

ATHENIUM HOUSE CORP. and
ANDREWS BUILDING CORPORATION,

                              Defendants.

1.      I am an attorney at law, duly licensed to practice before this Court, and a partner

with Haworth Coleman & Gerstman, LLC, co-counsel for defendants, Athenium House Corp.

and Andrews Building Corporation (collectively "defendants").  I am fully familiar with the

matters set forth herein.

2.      This Declaration is submitted in support of defendants' motion *in limine* to

preclude any lay testimony from plaintiff regarding his alleged traumatic brain injury pursuant to

Fed. R. Evid. 403.

        I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        June 28, 2015

HAWORTH COLEMAN & GERSTMAN, LLC

_____

By:     Scott Haworth (SH 5890)
        Co-Counsel for Defendants
ATHENIUM HOUSE CORP. and
ANDREWS BUILDING CORPORATION
45 Broadway, 21st Floor
New York, New York 10006
Telephone: (212) 952-1100

and

FUREY, KERLEY, WALSH, MATERA & CINQUEMANI, P.C.

_____s/

By:  Glenn Matera (GM 8439)
Co-Counsel for Defendants
ATHENIUM HOUSE CORP. and
ANDREWS BUILDING CORPORATION
2174 Seaford Avenue
Seaford, New York 11783
(516) 409-6200

TO: (via ECF)

JAROSLAWICZ & JAROS, LLC
Attorneys for Plaintiffs
225 Broadway, 24th Floor
New York, New York 10007
Telephone (212) 227-2780

2